**United States District Court**
**Violation Notice**

24-04259MJ-01-PCT-CDB

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E24Y0M0Q | A SPRUTTA | 1280 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 7/18/2024  2:39 | 36 CFR 2.31(A)(1) |

Place of Offense
BRANDT HALL

Offense Description: Factual Basis for Charge          HAZMAT ☐

TRESPASSING

### DEFENDANT INFORMATION
7029291030

| Last Name | First Name | M.I. |
|---|---|---|
| FANNING | LEIF | R |

**VEHICLE**   VIN:                                       CMV ☐

| Tag No. | State | Year | Make/Model | Pass | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS. | B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS. |

For Pretrial Options:
Jennifer Vandragt (928) 660-8693

$ _____ Forfeiture Amount
 + $30      Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 2 CENTER ROAD, GRAND CANYON AZ 86023 | 8/21/2024 |
| | Time (hh:mm)  8:00 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X  Defendant Signature

Defendant Copy

---

**INSTRUCTIONS**
– KEEP THIS COPY FOR YOUR RECORDS –

Phone Number: 800-827-2982  Email: info@cvb.uscourts.gov

A. If BOX A on the face of this Violation Notice is checked, YOU MUST APPEAR IN COURT at the date, time, and place shown. If no date, time, and place are shown then you will be notified by mail of when and where to appear. You must notify the Central Violations Bureau in writing if you change your address. If you have not received a "Notice to Appear" within 60 days, call the CVB at 800-827-2982.

B. If BOX B is checked on the face of this Violation Notice, YOU MUST DO ONE OF THE FOLLOWING:

1. PAY A FIXED SUM IN LIEU OF APPEARING IN COURT. To end your case without appearing in court, submit payment on-line (www.cvb.uscourts.gov), by phone (800-827-2982), or by mail. Checks or money orders should be mailed to the address below. Include a copy of your Violation Notice with your payment. DO NOT SEND CASH. Write the violation number and location code that appear on the top front portion of the Violation Notice on your check or money order and make it payable to the "Central Violations Bureau". Keep a copy of the violation for your records. Make your payment within 30 days of your hearing date.

By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel.

If you are charged with a motor vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license or registration may be suspended, and additional fees may be imposed by your state. A drivers-education course may be an option to avoid these consequences. If you are interested in a driver-education course, do not pay the amount due. Call the Central Violations Bureau at 800-827-2982 for further information.

**OR**

2. APPEAR IN COURT. If a date, time, and place for you to appear in court is shown on the front of this Violation Notice, you must appear in court at that time. If no date is shown, you will be notified by mail of the date and time to appear. You must notify the Central Violations Bureau in writing if you change your address. If you have not received a "Notice to Appear" within 60 days, call the Central Violations Bureau at 800-827-2982. If you appear before the court and plead guilty, or are convicted after trial, the court may impose any penalty the law authorizes, not limited to the amount due shown on the violation notice, and will add a special assessment of $5, $10, or $25 for each offence.

**NOTICE**

If you fail to pay the amount due or to appear in court on the date and time scheduled, the United States District Court may issue a summons ordering you to appear or issue a warrant for your arrest. If you are charged with a motor-vehicle violation, the court may also report your failure to pay or appear to your state's motor-vehicle or driver-licensing agency, which may affect your driving privileges, or your vehicle registration, or both.

Pay Online at:
www.cvb.uscourts.gov

Correspondence address:
Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

Phone Number 800-827-2982  Website: www.cvb.uscourts.gov

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 18, 2024 while exercising my duties as a law enforcement officer in the   District of Arizona

I, Officer A. Sprutta, state that at 0140 I received a call for service for a subject trespassing on Delaware North Company property at Brandt Hall within the boundaries of Grand Canyon National Park.

I responded to Brandt Hall with Officer L. Box. I found the subject inside room #9 in Brandt Hall.

I identified the subject as Leif FANNING by his Nevada ID.

I confirmed with Delaware North Company Security that FANNING had been trespassed from company property.

I placed FANNING under arrest for 36 CFR 2.31(a)(1): Trespassing.

Officer Box mirandized FANNING. When he asked FANNING if he wished to speak to him, FANNING did not reply.

NP24208401
A107

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/18/2024         *Andrew Sprutta*
             Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles    Digitally signed by Camille D. Bibles
             Date: 2024.07.18 05:28:01 -07'00'
             Date (mm/dd/yyyy)   U.S. Magistrate Judge